USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

CHESAPEAKE BAY PROPERTIES, INC., d/b/a
MINNEFORD MARINA,

                      Plaintiff,

       -against-

CHARLES FUNICELLO, JOSE MALDONADO,
JOSEPH VACCARO,

                      Defendants.

------------------------------------------------------------------------ X

1:21-cv-3305-GHW

NOTICE OF INITIAL
PRETRIAL CONFERENCE

GREGORY H. WOODS, District Judge:

In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than June 23, 2021. Dkt. No. 10. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than June 25, 2021.

Plaintiff is directed to serve a copy of this order on Defendants and to retain proof of service.

        SO ORDERED.

Dated: June 24, 2021
New York, New York

                                                           _____
                                                            GREGORY H. WOODS
                                                       United States District Judge